MATTHEW G. BALL (SBN 208881)
matthew.ball@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: +1 415 249 1014
Facsimile: +1 415 882 8220

Ashley Song (SBN 327688)
ashley.song@klgates.com
K&L GATES LLP
1 Park Plaza
Twelfth Floor
Irvine, California  92614
Telephone: +1 949 253 0900
Facsimile: +1 949 253 0902

Attorneys for
BOSCH SOLAR ENERGY CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| STEVE R. ROJAS and ANDREA N. ROJAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEAN POWER CONSTRUCTION LLC,<br><br>Movant,<br><br>vs.<br><br>BOSCH SOLAR ENERGY CORPORATION; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 8:22-mc-00032-JVS-ADS<br><br>(Case No. 5:18-cv-05841-BLF in the United States District Court for the Northern District of California)<br><br>**ORDER VACATING HEARING AND DISMISSING ACTION**<br><br>Assigned to Honorable Autumn Spaeth |

## ORDER

Having read the above Notice of Withdrawal and supporting declaration, it is hereby ORDERED that Bosch Solar's Motion to Compel Production of Documents from nonparty CLEAN POWER CONSTRUCTION LLC is DENIED AS MOOT. All related deadlines set forth in the Court's Order Setting the Motion Hearing are vacated, and the action is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: 1/26/2023

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE